# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

|  |  |
|---|---|
| In re:  YAW JONG TSAI,<br><br>Debtor. |  |
| YAW JONG TSAI,<br><br>       Appellant<br><br>v.<br><br>NICHOLAS EDWARD REED AND JULIE ANNE PALMER, Joint Liquidators of the Estate of Changtel Solutions UK Limited; NICHOLAS EDWARD REED AND PAUL BARBER, Joint Trustees of the Bankruptcy Estate of Ji-Chuen Jason Tsai; RYAN A. ANDERSEN, Chapter 7 Trustee,<br><br>       Appellees | BAP No.:  **NV-21-1026**<br><br>Bk. Ct. Appeal Reference#:  21-07<br>Bankr. No.:  2:20-bk-14585-NMC<br>Chapter 7 |

## APPELLEES' STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT PURSUANT TO 28 U.S.C. § 158(c)(1)

On February 11, 2021, Debtor, Yaw Song Tsai ("Debtor" or "Appellant") filed a *Notice of Appeal* [Dkt. 157] of the Order entered by the United States Bankruptcy Court for the District of Nevada entered on January 28, 2021 [Dkt. 159] granting the *Motion for Relief from the Automatic Stay to Proceed with Foreign Litigation Against Debtor* [Dkt. 67] filed by Nicholas Edward Reed together with Julie Anne Palmer, the

BAP DOCKET #4

joint liquidators of the estate of Changtel Solutions UK Limited ("Changtel"), and Nicholas Edward Reed together with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen Jason Tsai ("Jason Tsai") (collectively, the "English Office Holders"). The Notice of Appeal states that the Debtor elects to have the appeal heard by the Bankruptcy Appellate Panel. Pursuant to their rights under 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 8005(a), the English Office Holders hereby file this Statement of Election to Have the Appeal Heard by the District Court.

Accordingly, the English Office Holders as Appellees submit the information required by Official Bankruptcy Form 417A.

**Part 1: Identity of Appellant**

1. Name of appellant(s): Yaw Song Tsai.

2. Position of appellant(s) in the adversary case or bankruptcy case that is the subject of the appeal: Debtor.

**Part 2: Identify the subject of the Appeal**

1. Describe Judgment, Order, or Decree appealed from: Order Granting Motion for Relief from the Automatic Stay to Proceed with Foreign Litigation Against Debtor [Dkt. 159].

2. State the date on which the Judgment, order or Decree was entered: January 28, 2021.

## Part 3: Identify the other parties to the Appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary).

| 1. Party: | Yaw Jong Tsai | Attorney: | THE BARNABI LAW FIRM, PLLC CHARLES ("CJ") E. BARNABI JR., ESQ. Nevada Bar No. 14477 375 East Warm Springs Road, Ste. 104 Las Vegas, Nevada 89119 Email: cj@barnabilaw.com Telephone: (702) 475-8903 Counsel for Debtor |
|---|---|---|---|
| 2. Party: | Nicholas Edward Reed together with Julie Anne Palmer, the joint liquidators of the estate of Changtel Solutions UK Limited; and Nicholas Edward Reed together with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen Jason Tsai | Attorney: | CARLYON CICA CHTD. DAWN M. CICA, ESQ. Nevada Bar No. 4565 TRACY M. O'STEEN, ESQ. Nevada Bar No. 10949 265 E. Warm Springs Road, Suite 107 Las Vegas, NV 89119 Telephone: (702) 685-4444 Local Nevada Counsel for English Office Holders<br><br>SEQUOR LAW, P.A. LEYZA F. BLANCO Florida Bar No. 104639 AMANDA E. FINLEY Florida Bar No. 100225 1111 Brickell Avenue, Suite 1250 Miami, Florida 33131 Telephone: 305-372-8282 Facsimile: 305-372-8202 Lead Counsel for English Office Holders |
| 3. Party | Ryan A. Anderson, Chapter 7 Trustee | Attorney: | ATKINSON LAW ASSOCIATES LTD ROBERT E. ATKINSON, ESQ. Nevada Bar No. 9958 CLARISSE L. CRISOSTOMO, ESQ., Nevada Bar No. 15526 376 E Warm Springs Rd Suite 130 Las Vegas, NV 89119 Telephone: (702) 614-0600 Attorney for Ryan A. Andersen, Trustee |

**Part 4: Optional election to have appeal heard by District Court**

Pursuant to 28 U.S.C. § 158(c)(1), Appellees elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

DATED this 9th day of March 2021.

**CARLYON CICA CHTD.**

*/s/ Tracy M. O'Steen, Esq.*

DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Local Nevada Counsel for English Office Holders/Appellees*

&

**SEQUOR LAW, P.A.**
LEYZA F. BLANCO, ESQ.
Florida Bar No. 104639
AMANDA E. FINLEY
Florida Bar No. 100225
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Lead Counsel for English Office Holders/Appellees

## Certificate of Service

I hereby certify that on March 9th 2021 I electronically filed the foregoing document **APPELLEES' STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT PURSUANT TO 28 U.S.C. § 158(c)(1)** with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system.

I further certify that parties of record to this appeal who either are registered CM/ECF users, or who have registered for electronic notice, or who have consented in writing to electronic service, will be served through the CM/ECF system.

I further certify that some of the parties of record to this appeal have not consented to electronic service. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following parties:

SEQUOR LAW, P.A.
LEYZA F. BLANCO
AMANDA E. FINLEY
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131

THE BARNABI LAW FIRM, PLLC
CHARLES ("CJ") E. BARNABI JR., ESQ.
Nevada Bar No. 14477
375 East Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119

By: _/s/ Cristina Robertson___
      An Employee of Carlyon, Cica, CHTD

**CARLYON CICA CHTD.**
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone: (702) 685-4444
Facsimile: (725) 220-4360
*Local Nevada Counsel for English Office Holders*

**SEQUOR LAW, P.A.**
LEYZA F. BLANCO
Florida Bar No. 104639
AMANDA E. FINLEY
Florida Bar No. 100225
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
*Lead Counsel for English Office Holders*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

YAW JONG TSAI,

　　　Debtor.

Case No.: 20-14585-NMC
Chapter 7

**APPELLEES' STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT PURSUANT TO 28 U.S.C. § 158(c)(1)**

Hearing Date: N/A
Hearing Time: N/A

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

　　　On February 11, 2021, Debtor, Yaw Song Tsai ("Debtor" or "Appellant") filed a *Notice of Appeal* [Dkt. 157] of the Court's Order entered on January 28, 2021 [Dkt. 159] granting the *Motion for Relief from the Automatic Stay to Proceed with Foreign Litigation Against Debtor* [Dkt. 67] filed by Nicholas Edward Reed together with Julie Anne Palmer, the joint liquidators of the estate of Changtel Solutions UK Limited ("Changtel"), and Nicholas Edward Reed together with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen Jason Tsai ("Jason Tsai") (collectively, the "English Office Holders"). The Notice of Appeal states that the Debtor elects to have the appeal heard by the Bankruptcy Appellate Panel. Pursuant to their rights under 28 U.S.C. § 158(c)(1) and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 8005(a), the English Office Holders hereby file this Statement of Election to Have the Appeal Heard by the District Court.



Accordingly, the English Office Holders as Appellees submit the information required by Official Bankruptcy Form 417A.

**Part 1: Identity of Appellant**

1. Name of appellant(s): <u>Yaw Song Tsai</u>.

2. Position of appellant(s) in the adversary case or bankruptcy case that is the subject of the appeal: <u>Debtor</u>.

**Part 2: Identify the subject of the Appeal**

1. Describe Judgment, Order, or Decree appealed from: <u>Order Granting Motion for Relief from the Automatic Stay to Proceed with Foreign Litigation Against Debtor [Dkt. 159]</u>.

2. State the date on which the Judgment, order or Decree was entered: <u>January 28, 2021</u>.

**Part 3: Identify the other parties to the Appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary).

| 1. Party: | Yaw Jong Tsai | Attorney: | THE BARNABI LAW FIRM, PLLC<br>CHARLES ("CJ") E. BARNABI JR., ESQ.<br>Nevada Bar No. 14477<br>375 East Warm Springs Road, Ste. 104<br>Las Vegas, Nevada 89119<br>Email: cj@barnabilaw.com<br>Telephone: (702) 475-8903<br>Counsel for Debtor |
|---|---|---|---|
| 2. Party: | Nicholas Edward Reed together with Julie Anne Palmer, the joint liquidators of the estate of Changtel Solutions UK Limited; and Nicholas Edward Reed together with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen Jason Tsai | Attorney: | CARLYON CICA CHTD.<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>TRACY M. O'STEEN, ESQ.<br>Nevada Bar No. 10949<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>Telephone: (702) 685-4444<br>Local Nevada Counsel for English Office Holders<br><br>SEQUOR LAW, P.A.<br>LEYZA F. BLANCO<br>Florida Bar No. 104639<br>AMANDA E. FINLEY<br>Florida Bar No. 100225<br>1111 Brickell Avenue, Suite 1250<br>Miami, Florida 33131<br>Telephone: 305-372-8282<br>Facsimile: 305-372-8202<br>Lead Counsel for English Office Holders |

| | | | |
|---|---|---|---|
| 3. Party | Ryan A. Anderson, Chapter 7 Trustee | | ATKINSON LAW ASSOCIATES LTD<br>ROBERT E. ATKINSON, ESQ.<br>Nevada Bar No. 9958<br>CLARISSE L. CRISOSTOMO, ESQ.,<br>Nevada Bar No. 15526<br>376 E Warm Springs Rd Suite 130<br>Las Vegas, NV 89119<br>Telephone: (702) 614-0600<br>Attorney for Ryan A. Andersen, Trustee |

**Part 4: Optional election to have appeal heard by District Court**

Pursuant to 28 U.S.C. § 158(c)(1), Appellees elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

DATED this 8th day of March 2021.

**CARLYON CICA CHTD.**

*/s/ Tracy M. O'Steen, Esq.*

DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Local Nevada Counsel for English Office Holders/Appellees*

&

**SEQUOR LAW, P.A.**
LEYZA F. BLANCO, ESQ.
Florida Bar No. 104639
AMANDA E. FINLEY
Florida Bar No. 100225
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Lead Counsel for English Office Holders/Appellees

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2021, I electronically filed the foregoing **APPELLEES' STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT PURSUANT TO 28 U.S.C. § 158(c)(1)** with the Clerk of the Court for the United States Bankruptcy Court District of Nevada using the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of March 2021

By:   */s/ Cristina Robertson*
      An Employee of Carlyon, Cica, CHTD

4

# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

To:       Clerk, Bankruptcy Court - *Las Vegas, NV*

Debtor(s):   YAW JONG TSAI

BAP No.:   **NV-21-1026**               Re:  Notice of Appeal Filed on 02/11/2021
Bk. Ct. No.:  2:20-bk-14585-NMC          Bk.Ct. Appeal Reference#:  21-07

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: February 18, 2021

## A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:

[PAID]   No Filing Fees paid [*PAID: 2/11/21; RECEIPT#: 20010686*]
[ ]   No Designation of Record
[ ]   No Statement of Issues
[ ]   No Notice Regarding the Transcript
[ ]   No Reporter's Transcript(s)

Reporter name:_____
phone:_____
Judge:_____
Transcript date(s):_____

[ ]   No Transcript Fees paid
[ ]   Extension of Time Granted to Reporter:
     New deadline:_____
[ ]   Other:_____

## B) DEPUTY CLERK PROCESSING THIS APPEAL

1.  Name:_____
2.  Phone:_____
3.  Date:_____

BAP DOCKET # 2-3

# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**RE:**   YAW JONG TSAI

**Appellant:** Yaw Jong Tsai

**BAP No.:**  **NV-21-1026**  **Bk.Ct. Appeal Reference#:** 21-07

**Bk. No.:**  2:20-bk-14585-NMC  **Re:** Notice of Appeal Filed on 02/11/2021

## OPENING LETTER

Notice of Appeal in this case has been received by the Bankruptcy Appellate Panel (BAP) and assigned the case number above.

Electronic filing using the BAP's Case Management/Electronic Case Filing (CM/ECF) docketing system is **mandatory** for all attorneys. Please review the Administrative Order Regarding Electronic Filing in BAP Cases available on the BAP website www.bap9.uscourts.gov for further information.

For non-attorneys, all papers filed with the BAP should be in the form of an original and three copies.

The BAP docket and other court information is available through the National PACER system. http://www.bap9.uscourts.gov

Enclosed are the 9th Cir. BAP Rules governing practice before the BAP. Appeals are also governed by Parts VIII and IX of the Federal Rules of Bankruptcy Procedure (F.R.B.P.), and some parts of the Federal Rules of Appellate Procedure (F.R.A.P.) See 9th Cir. BAP Rule 8026-1.

Pursuant to 9th Cir. Rule 8003-1, please immediately send the BAP Clerk a copy of the signed and entered order or judgment being appealed if it was not attached to your notice of appeal.

After a Notice of Appeal has been filed, the parties' next step in prosecuting this appeal is compliance with F.R.B.P 8009, which require Appellant to file within 14 days in the bankruptcy court a designation of the record, statement of issues on appeal, and a notice regarding the ordering of transcripts. Under these rules Appellee may also file a supplemental designation of the record and order transcripts. The party ordering the transcripts must make satisfactory arrangements for payment of their costs.

Even if transcripts are not ordered, Appellant is required to file with the bankruptcy court a notice stating that none are required. See also 9th Cir. BAP R. 8009-1.

The parties should note that the designation of the record under F.R.B.P. 8009 is a necessary procedural step in prosecuting an appeal and the parties may not later include in their excerpts of the record documents which have not been designated.

BAP DOCKET # 2-2

The record and bankruptcy file remain with the Clerk of the bankruptcy court and the Panel reviews only those items which are reproduced and included in the excerpts of the record filed at the time of the briefs. While the Panel may call up the formal record, in practice this rarely occurs.

Further, it is the parties' responsibility to monitor the appeal to ensure that transcripts are timely filed and the record is completed in a timely manner. Under F.R.B.P. 8010(a)(2)(C), the court reporter is required to file transcripts within 30 days of receipt of the parties' request, unless an extension has been granted.

After the record is complete, the Clerk of the bankruptcy court will send a Certificate of Record, sometimes referred to as a Certificate of Readiness or Certificate of Transcripts, to the BAP Clerk.

Appeals are set for hearing in the bankruptcy district from which the appeal arose whenever feasible. To expedite the appeal or if the parties feel argument is unnecessary, they may file a stipulation or motion to submit their appeal on the briefs and record, thereby waiving oral argument. The Panel will also consider stipulations requesting an alternative hearing location or hearing by telephone conference. Such motions should be filed at the earliest possible scheduled date, generally with the opening brief, as once a case has been scheduled for argument, continuance and request of change time and place are rarely granted.

<u>CERTIFICATE OF MAILING</u>

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Vincent Barbato, Deputy Clerk

**Date:** February 18, 2021

UNITED STATES BANKRUPTCY APPELLATE PANEL

**FILED**

OF THE NINTH CIRCUIT

FEB 18 2021

In re: YAW JONG TSAI

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

Debtor

------------------------------

YAW JONG TSAI

Appellant

v.

NICHOLAS EDWARD REED AND JULIE
ANNE PALMER, Joint Liquidators of the
Estate of Changtel Solutions UK Limited;
NICHOLAS EDWARD REED AND PAUL
BARBER, Joint Trustees of the Bankruptcy
Estate of Ji-Chuen Jason Tsai; RYAN A.
ANDERSEN, Chapter 7 Trustee

Appellees

BAP No.: **NV-21-1026**

Bk.Ct. Appeal Reference#: 21-07
Bankr. No.: 2:20-bk-14585-NMC
Chapter 7

February 18, 2021

---

## BRIEFING ORDER
### (Prompt Action Required)

Unless otherwise ordered by this court, the parties to this appeal shall timely complete all of the briefing deadlines set forth below. Failure of the parties to comply with these deadlines may result in dismissal of this appeal or in the imposition of other sanctions. These deadlines control and supersede any briefing deadlines set forth in the Federal Rules of Bankruptcy Procedure ("FRBP").

**Last day for appellant(s) to file opening brief and appendix:[DUE DATE: MONDAY, APRIL 5, 2021].**
**Last day for appellee(s) to file responsive brief and appendix: Twenty-one days after service of appellant's opening brief.**
**Last day for appellant(s) to file optional reply brief: Fourteen days after service of appellee's reply brief.**

Requirements for filing a brief, an appendix (excerpts of the record), and required certificates are set forth in FRBP 8014, 8015 and 8018, and Ninth Circuit BAP Rules 8018(a)-1, 8018(b)-1, and 8015(a)-1. See also 9th Cir. BAP Rule 8009-1 (describing requirements for the inclusion of transcripts in the excerpts of the record).

Briefs in this case shall not exceed the following page limits:
    **Appellant(s)' opening brief shall not exceed 30 pages.**
    **Appellee(s)' opening brief shall not exceed 30 pages.**
    **Appellant(s)' optional reply brief shall not exceed 15 pages.**



MIGHT SEVERELY HAMPER THE PANEL'S REVIEW OF THE ISSUES ON APPEAL. An electronic appendix must comply with Rule 3 of the Order Regarding Electronic Filing in BAP Cases available on the BAP website www.bap9.uscourts.gov.

CERTIFICATES -- Both appellant's and appellee's opening brief must contain a Certificate of Interested Parties. Appellants brief must also contain a Certificate of Related Cases.

CALCULATION OF TIME -- Paper briefs are deemed filed on the day of mailing. FRBP 8011(a)(2). Electronic briefs are deemed filed when the filing is successfully completed. See Rule 7 of the Administrative Order Regarding Electronic Filing in BAP Cases.


## ADVANCE CONSIDERATION OF ISSUES CONCERNING ORAL ARGUMENT

While the parties are briefing, the BAP is considering where and when to set oral argument. Because the BAP seeks to set argument as soon as practical after briefing is completed, any stipulations, motions or notices concerning oral argument should be filed at the earliest possible time, generally with a party's first brief. While appeals typically are set for hearing in the bankruptcy district from which the appeal arose whenever feasible, the parties may file a stipulation or motion requesting an alternative hearing location or a hearing by telephone or video conference. The parties also may file a stipulation or motion to submit their appeal on the briefs and record, thereby waiving oral argument.

All parties should carefully review the dates on the BAP's annual hearing calendar located on the BAP's website: http://www.bap9.uscourts.gov. This calendar contains dates that the BAP judges have set aside for argument, and it is likely that your appeal will be set for hearing on one of these dates. If a party knows or suspects that he or she will be unavailable on one of these dates, he or she should file as soon as possible a notice of unavailability, stating the dates on which he or she is unavailable. Once a case has been scheduled for argument, continuances and requests to change time or place are rarely granted.


## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

By: Vincent Barbato, Deputy Clerk
Date: February 18, 2021

1  **THE BARNABI LAW FIRM, PLLC**
   CHARLES ("CJ") E. BARNABI JR., ESQ.
2  Nevada Bar No. 14477
   375 East Warm Springs Road, Ste. 104
3  Las Vegas, Nevada 89119
   Email: cj@barnabilaw.com
4  Telephone:    (702) 475-8903
   Facsimile:    (702) 966-3718
5
6  *Attorneys for Debtor*

7              **UNITED STATES BANKRUPTCY COURT**

8                  **DISTRICT OF NEVADA**

9  In re:                              Case No.: 20-14585-NMC
                                       Chapter 7
10 YAW JONG TSAI,

11
              Debtor.
12

13                    **NOTICE OF APPEAL**

14       Debtor, Yaw Jong Tsai, by and through his counsel, hereby files this Notice of Appeal

15 from the Order entered on January 28, 2021 granting Nicholas Edward Reed together with Julie

16 Anne Palmer, the joint liquidators of the estate of Changtel Solutions UK Limited, and Nicholas

17 Edward Reed together with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen

18 Jason Tsai (collectively, the "English Office Holders") Motion for Relief from the Automatic

19 Stay to Proceed with Foreign Litigation Against Debtor (Docket No.s 132, 133). A copy of the

20 Order is attached hereto as Exhibit 1.

21       The names of all parties to the order appealed from and the names, addresses and

22 telephone numbers of their respective attorneys are as follows:

23

24 ///

25 ///

26

27

28                         Page 1 of 4



| 1 | **CARLYON CICA CHTD.** |
| | DAWN M. CICA, ESQ. |
| 2 | Nevada Bar No. 4565 |
| | TRACY M. O'STEEN, ESQ. |
| 3 | Nevada Bar No. 10949 |
| | 265 E. Warm Springs Road, Suite 107 |
| 4 | Las Vegas, NV 89119 |
| | Telephone: (702) 685-4444 |
| 5 | Facsimile: (725) 220-4360 |
| | *Local Nevada Counsel for English Office* |
| 6 | *Holders* |

**CARLYON CICA CHTD.**
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone: (702) 685-4444
Facsimile: (725) 220-4360
*Local Nevada Counsel for English Office Holders*

**SEQUOR LAW, P.A.**
LEYZA F. BLANCO
Florida Bar No. 104639
AMANDA E. FINLEY
Florida Bar No. 100225
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202
*Counsel for English Office Holders*

**ATKINSON LAW ASSOCIATES LTD**
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
CLARISSE L. CRISOSTOMO, ESQ.,
Nevada Bar No. 15526
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Ryan A. Andersen, Trustee*

Debtor elects to have this matter heard by the Bankruptcy Appellate Panel.

Copies of this notice have been distributed through the Court electronic case filing system and through United States Postal Service as indicated in the certificate of service below.

Dated this 11th day of February 2021.

THE BARNABI LAW FIRM, PLLC

By:   /s/ CJ Barnabi
Charles E. ("CJ") Barnabi Jr., Esq.
Nevada Bar No.: 14477
375 East Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
*Attorneys for Debtor*

THE BARNABI LAW FIRM, PLLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
(702) 475-8903 FAX: (702) 966-3718

Page 2 of 4

THE BARNABI LAW FIRM, PLLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
(702) 475-8903 FAX: (702) 966-3718

## CERTIFICATE OF SERVICE

On this 11th day of February 2021, I served the foregoing document by the following means to the persons listed below:

**a.** ☒ **ECF System**

RYAN A. ANDERSEN
RYAN@NEVADATRUSTEE.COM,tatiana@nevadatrustee.com;
ecf.alert+andersen@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee RYAN A. ANDERSEN robert@nv-lawfirm.com,
bknotices@nv-lawfirm.com

CHARLES ("CJ") E BARNABI, JR. on behalf of Debtor YAW JONG TSAI
cj@barnabilaw.com, marie@flangasbarnabi.com

DAWN M. CICA on behalf of Creditor ENGLISH OFFICE HOLDERS
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;
dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;
3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Creditor JULIE ANNE PALMER
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;
dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.do
cketbird.com

DAWN M. CICA on behalf of Interested Party NICHOLAS EDWARD REED
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;
dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.do
cketbird.com

DAWN M. CICA on behalf of Interested Party PAUL BARBER
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;
dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.do
cketbird.com

///

///

CLARISSE CRISOSTOMO on behalf of Trustee RYAN A. ANDERSEN
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

JAMES W. KWON on behalf of Interested Party LIN LAW GROUP
jkwon@jwklawfirm.com, scumberbatch@jwklawfirm.com;cgorzalski@jwklawfirm.com;
crivera@jwklawfirm.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

a.   ☒ United States Postal Service, first class postage pre-paid

See attached mailing matrix, Exhibit 2.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 11, 2021.

/s/ Monaca Elder
An employee of The Barnabi Law Firm, PLLC

THE BARNABI LAW FIRM, PLLC
375 E. Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
(702) 475-8903 FAX: (702) 966-3718

**EXHIBIT 1**

*Natalie M. Cox*

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 28, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                    ) Case No.: 20-14585-nmc
                                          ) Chapter 7
YAW JONG TSAI,                            )
                                          ) Hearing Dates (Times):
              Debtor.                     ) January 19, 2021 (1:30 p.m.) and
                                          ) January 21, 2021 (9:30 a.m.)
_____)

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO
PROCEED WITH FOREIGN LITIGATION AGAINST DEBTOR (ECF NO. 67)[1]**

On January 19, 2021, the court held a hearing on the Motion for Relief from the
Automatic Stay to Proceed with Foreign Litigation Against Debtor (ECF Nos. 67-68, 72)
**("Motion")**, filed by Nicholas Edward Reed together with Julie Anne Palmer, the joint
liquidators of the estate of Changtel Solutions UK Limited, and Nicholas Edward Reed together
with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen Jason Tsai **(collectively,
the "English Office Holders")**.[2] Appearances of counsel were noted on the record.

The Court having considered the Motion, the opposition (ECF Nos. 86, 87, 113) filed by
Yaw Jong Tsai **("Debtor")**, and the reply filed by the English Office Holders (ECF Nos. 86-87,
113); and for the reasons stated in the court's oral ruling, the findings of fact and conclusions of

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents
filed in the case as they appear on the docket maintained by the clerk of the court, unless
otherwise noted.

[2] At the conclusion of the hearing, the court took the matter under submission and
reconvened on January 21, 2021, to issue an oral ruling.

1

law of which are fully incorporated herein by reference pursuant to Rule 52 of the Federal Rules

of Civil Procedure and Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ODERED** that the circumstances of this case warrant granting relief

from the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1) for the limited purpose of

allowing the English Office Holders to liquidate their claims against Debtor in the English

Proceeding (as that term is defined in the Motion).

**IT IS FURTHER ORDERED** that absent further order of this Court, and pursuant to 11

U.S.C. § 362(d)(1), the automatic stay shall remain in effect as to any and all efforts to enforce or

collect any final order or judgment entered against Debtor in the English Proceeding.

**IT IS FURTHER ORDERED** that the English Office Holders are granted relief from

the fourteen (14) day stay under Federal Rules of Bankruptcy Procedure 4001(a)(3), such that

this Order shall be effective immediately upon its entry.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

YAW JONG TSAI
840 S. RANCHO DR., UNIT 4806
LAS VEGAS, NV 89106

# # #

Natalie M. Cox

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 28, 2021

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | ) Case No.: 20-14585-nmc |
| | ) Chapter 7 |
| YAW JONG TSAI, | ) |
| | ) Hearing Dates (Times): |
| Debtor. | ) January 19, 2021 (1:30 p.m.) and |
| | ) January 21, 2021 (9:30 a.m.) |
| | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH FOREIGN LITIGATION AGAINST DEBTOR (ECF NO. 67)**[1]

On January 19, 2021, the court held a hearing on the Motion for Relief from the Automatic Stay to Proceed with Foreign Litigation Against Debtor (ECF Nos. 67-68, 72) **("Motion"),** filed by Nicholas Edward Reed together with Julie Anne Palmer, the joint liquidators of the estate of Changtel Solutions UK Limited, and Nicholas Edward Reed together with Paul Barber, the joint trustees of the bankruptcy estate of Ji-Chuen Jason Tsai **(collectively, the "English Office Holders").**[2] Appearances of counsel were noted on the record.

The Court having considered the Motion, the opposition (ECF Nos. 86, 87, 113) filed by Yaw Jong Tsai **("Debtor"),** and the reply filed by the English Office Holders (ECF Nos. 86-87, 113); and for the reasons stated in the court's oral ruling, the findings of fact and conclusions of

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the clerk of the court, unless otherwise noted.

[2] At the conclusion of the hearing, the court took the matter under submission and reconvened on January 21, 2021, to issue an oral ruling.

1

law of which are fully incorporated herein by reference pursuant to Rule 52 of the Federal Rules of Civil Procedure and Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ODERED** that the circumstances of this case warrant granting relief from the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1) for the limited purpose of allowing the English Office Holders to liquidate their claims against Debtor in the English Proceeding (as that term is defined in the Motion).

**IT IS FURTHER ORDERED** that absent further order of this Court, and pursuant to 11 U.S.C. § 362(d)(1), the automatic stay shall remain in effect as to any and all efforts to enforce or collect any final order or judgment entered against Debtor in the English Proceeding.

**IT IS FURTHER ORDERED** that the English Office Holders are granted relief from the fourteen (14) day stay under Federal Rules of Bankruptcy Procedure 4001(a)(3), such that this Order shall be effective immediately upon its entry.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

YAW JONG TSAI
840 S. RANCHO DR., UNIT 4806
LAS VEGAS, NV 89106

### #

**EXHIBIT 2**

bel Matrix for local noticing
78-2
se 20-14585-nmc
strict of Nevada
s Vegas
e Jan  5 19:33:26 PST 2021

Auric Protectorate Trust
c/o Michael M. Lin, Esq.
5288 W. Spring Mountain Road, Ste. 103
Las Vegas, NV 89146-8727

gbies Traynor Group PLC
ct No CR-2020-003186
0 Deansgate
nchester, United Kingdom
 4LY

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy. Box 551220
Las Vegas, NV 89155-1220

Clark County Treasurer
500 South Grand Central Pkwy. 2nd Floor
Las Vegas, NV 89155-4502

pt. of Employment Training and Rehab.
0 E. Third Street
rson City, NV 89713-0001

Florence Yang
2785 Pacific Coast Hwy., Unit 175
Torrance, CA 90505-7066

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

vada Dept. of Taxation
50 College Parkway, Ste. 115
rson City, NV 89706-7939

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
Carson City, NV 89711-0725

Walker Morris LLP
Acct No CR-2020-003186
33 Wellington Street
Leeds, United Kingdom
LS1 4DL

West Smith Trust
c/o Michael M. Lin, Esq.
5288 W. Spring Mountain Road, Ste. 103
Las Vegas, NV 89146-8727

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ternal Revenue Service
ntralized Insolvency Operations
O. Box 21126
iladelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)ENGLISH OFFICE HOLDERS                    (u)JULIE ANNE PALMER                    (u)NICHOLAS EDWARD REED

NVB 8001-1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK-20-14585-nmc |
| | CHAPTER 7 |
| YAW JONG TSAI | |
| Debtor(s) | Appeal Reference Number: 21-07 |
| | |
| YAW JONG TSAI | |
| Appellant(s) | APPEAL MEMORANDUM |
| vs | |
| NICHOLAS EDWARD REED & JULIE ANNE PALMER | |
| THE JOINT LIQUIDATORS OF THE ESTATE OF | |
| CHANGTEL SOLUTIONS UK LIMITED; NICHOLAS | |
| EDWARD REED & PAUL BARBER THE JOINT | |
| TRUSTEES OF THE BANKRUPTCY ESTATE OF | |
| JI-CHUEN JASON TSAI; RYAN A ANDERSEN, | |
| TRUSTEE | |
| Appellee(s) | |

To:      All Parties in Appeal
From:   U.S. Bankruptcy Court
          300 Las Vegas Blvd., South
          Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

Dated: 2/12/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

BAP DOCKET #1-4

NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          BK–20–14585–nmc
                                                CHAPTER 7
YAW JONG TSAI
                        Debtor(s)
_____               Appeal Reference Number:        21-07


YAW JONG TSAI                                   AMENDED NOTICE OF REFERRAL
                        Appellant(s)            OF APPEAL TO
                                                BANKRUPTCY APPELLATE PANEL
vs

NICHOLAS EDWARD REED & JULIE ANNE PALMER
THE JOINT LIQUIDATORS OF THE ESTATE OF
CHANGTEL SOLUTIONS UK LIMITED; NICHOLAS
EDWARD REED & PAUL BARBER THE JOINT
TRUSTEES OF THE BANKRUPTCY ESTATE OF
JI–CHUEN JASON TSAI; RYAN A ANDERSEN,
TRUSTEE
                        Appellee(s)
_____


To:      All Parties in Appeal
         U.S. Trustee


**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Charles E. Barnabi, Jr., Esq. for Yaw Jong Tsai with the Clerk of the Bankruptcy Court on 2/11/21.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).


Dated: 2/12/21

                                        *Mary A Schott*

                                        Mary A. Schott
                                        Clerk of Court

BAP DOCKET #1-3

NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                          BK–20–14585–nmc
                                                CHAPTER 7
YAW JONG TSAI
                       Debtor(s)
                                                Appeal Reference Number:          21-07

YAW JONG TSAI
                       Appellant(s)             NOTICE OF REFERRAL
                                                OF APPEAL TO
vs                                              BANKRUPTCY APPELLATE PANEL

NICHOLAS EDWARD REED & JULIE ANNE PALMER
THE JOINT LIQUIDATORS OF THE ESTATE OF
CHANGTEL SOLUTIONS UK LIMITED; NICHOLAS
EDWARD REED & PAUL BARBER THE JOINT
TRUSTEES OF THE BANKRUPTCY ESTATE OF
JI–CHUEN JASON TSAI
                       Appellee(s)

To:      All Parties in Appeal
         U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Charles E. Barnabi, Jr., Esq. for Yaw Jong Tsai with the Clerk of the Bankruptcy Court on 2/11/21.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 2/12/21

                                    *Mary A Schott*

                                    Mary A. Schott
                                    Clerk of Court

BAP Docket # 1-2

NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

YAW JONG TSAI

                   Debtor(s)

BK–20–14585–nmc
CHAPTER 7

Appeal Reference Number:      21–07

YAW JONG TSAI

                  Appellant(s)

vs

NICHOLAS EDWARD REED & JULIE ANNE PALMER
THE JOINT LIQUIDATORS OF THE ESTATE OF
CHANGTEL SOLUTIONS UK LIMITED; NICHOLAS
EDWARD REED & PAUL BARBER THE JOINT
TRUSTEES OF THE BANKRUPTCY ESTATE OF
JI–CHUEN JASON TSAI

                  Appellee(s)

NOTICE OF REFERRAL
OF APPEAL TO
BANKRUPTCY APPELLATE PANEL

To:     All Parties in Appeal
        U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Charles E. Barnabi, Jr., Esq. for Yaw Jong Tsai with the Clerk of the Bankruptcy Court on 2/11/21.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 2/12/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

BAP DOCKET # 1-1

NVB 8010-5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK-20-14585-nmc |
| | CHAPTER 7 |
| YAW JONG TSAI | |
| Debtor(s) | Appeal Reference Number: 21-07 |

YAW JONG TSAI

Appellant(s)

vs

NICHOLAS EDWARD REED & JULIE ANNE PALMER
THE JOINT LIQUIDATORS OF THE ESTATE OF
CHANGTEL SOLUTIONS UK LIMITED; NICHOLAS
EDWARD REED & PAUL BARBER THE JOINT
TRUSTEES OF THE BANKRUPTCY ESTATE OF
JI-CHUEN JASON TSAI; RYAN A ANDERSEN,
TRUSTEE

Appellee(s)

TRANSMITTAL FORM TO
BANKRUPTCY APPELLATE PANEL

OFFICE NUMBER 0978/2

To:   Bankruptcy Appellate Panel
      125 South Grand Avenue,
      Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | none |
| Bankruptcy Judge | NATALIE M. COX |
| Date Notice of Appeal Filed | 2/11/21 |
| Date of Entry of Order Appealed | 1/28/21 |
| Date Bankruptcy Filed | 9/16/20 |
| Other | |

Dated: 2/12/21

*Mary A Schott*

Mary A. Schott
Clerk of Court